429 A.2d 64

Commonwealth v. Sewell, Appellant.

Submitted November 16, 1979. Louis R. Dadowski, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.